| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pyle, Charles R. | 2. Court or Organization US District Court - District of Arizona | 3. Date of Report 04/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge - Retired | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 04/30/2018 |
| 7. Chambers or Office Address 4853 North Circulo Bujia Tucson, AZ 85718 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pyle, Charles R. | 04/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Arizona Retirement System | $24,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | self-employed acupuncturist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pyle, Charles R. | 04/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Vantage West Credit union | Spouse business loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pyle, Charles R. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK (3 accounts) | A | Int./Div. | J | T | | | | | |
| 2. CHASE PRIME MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 3. ISHARES S&P PREF STK INDEX | A | Int./Div. | J | T | | | | | |
| 4. ISHARES BARCLAYS 1-3 YEAR CREDIT | A | Int./Div. | J | T | | | | | |
| 5. POWERSHARES DWA TECH LEAD PTF | A | Int./Div. | J | T | | | | | |
| 6. VANGUARD REIT ETF | A | Int./Div. | J | T | | | | | |
| 7. VANGUARD TOTAL BOND MARKET | A | Int./Div. | J | T | | | | | |
| 8. VANGUARD PACIFIC ETF | A | Int./Div. | J | T | | | | | |
| 9. WISDOM TREE SMALL CAP DIV FD | A | Int./Div. | J | T | | | | | |
| 10. WISDOM TREE MID CAP DIV FD | A | Int./Div. | J | T | | | | | |
| 11. POWERSHARES S&P 500 LOW VOL | A | Int./Div. | J | T | | | | | |
| 12. POWERSHARES SENIOR LOANS | A | Int./Div. | J | T | | | | | |
| 13. IQ HEDGE MULTI STRATEFY | A | Int./Div. | | | Sold | 10/09/17 | J | A | |
| 14. INCOME FUND OF AMERICA | A | Int./Div. | K | T | | | | | |
| 15. ALERIAN MLP | A | Int./Div. | J | T | | | | | |
| 16. SPDR FINANCIAL XLE | A | Int./Div. | | | Sold | 06/01/17 | J | A | |
| 17. SPDR INDUSTRIAL SLI | A | Int./Div. | | | Sold | 10/09/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pyle, Charles R. | 04/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  SPDR TECHNOLOGY XLK | A | Int./Div. | | | Sold | 10/09/17 | J | B | |
| 19.  VANGUARD TOTAL IT VXUS | A | Int./Div. | J | T | | | | | |
| 20.  POWERSHARES S&P 500 EQ WGHT ETF RSP | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 21.  ISHARES LAT ILF | A | Int./Div. | J | T | Buy | 03/31/17 | J | | |
| 22.  ISHARES LAT ILF | A | Int./Div. | | | Sold | 10/09/17 | J | A | |
| 23.  BB&T CORP BBT | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 24.  CSCO | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 25.  HD | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 26.  JNJ | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 27.  MSFT | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 28.  JPM | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 29.  NEXTERA ENERGY NEE | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 30.  PEPSICO INCORPORATED PEP | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 31.  TEXAS INSTRUMENTS INC TXN | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |
| 32.  3M CO MMM | A | Int./Div. | J | T | Buy | 10/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pyle, Charles R. | 04/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pyle, Charles R. | 04/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Pyle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544